UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MAYSON JAMES JOHN #733180**         **CASE NO.  2:22-CV-01285 SEC P**

**VERSUS**                            **JUDGE JAMES D. CAIN, JR.**

**TREVOR WILHITE**                    **MAGISTRATE JUDGE KAY**

## JUDGMENT

Before the court is a Report and Recommendation [doc. 5] filed by the magistrate judge, recommending that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as time-barred. Also before the court are objections thereto [doc. 9] filed by petitioner and showing that misconduct from counsel might have contributed to his failure to file within AEDPA's one-year statute of limitations. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 5] be **REJECTED** that the matter be remanded to the magistrate judge to consider petitioner's arguments in support of equitable tolling.

**THUS DONE AND SIGNED** in Chambers on the 9th day of November, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**